UNITED STATES of America,
Plaintiff–Appellee,

v.

Leonardo GOMEZ–MORALES,
Defendant–Appellant.

No. 03–41665.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided May 27, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Mark Michael Dowd, U.S. Attorney's Office Southern District of Texas, Brownsville, TX, Reynaldo Santos Cantu, Jr., Timothy William Crooks, Assistant Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before REAVLEY, BARKSDALE and GARZA, Circuit Judges.

*ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES*

PER CURIAM: *

The Supreme Court has vacated the former judgment and remanded for further consideration in light of *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160

L.Ed.2d 621 (2005). Because the sentence was correctly imposed under the opinions of the Supreme Court cited in our opinion, and because we find no *Booker* error, the judgment of the district court is again

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.